AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Christina M. Krokos, James K. Krokos, husband and wife, individually and collectively as the next friend and parents of K.I.K., a minor,

V.

**SUMMONS IN A CIVIL CASE**

United States of America,

Defendant.

CASE NUMBER:

07-478-

TO: (Name and address of Defendant)
c/o The United States Attorney's Office
District of Delaware
1007 Orange Street, 7th Floor
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Randall E. Robbins, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                         AUG 0 1 2007

CLERK                                                       DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/13/07 |
| NAME OF SERVER (PRINT) MATTHEW GORDON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED THE UNITED STATES ATTORNEY'S OFFICE DISTRICT OF DELAWARE, 1007 ORANGE ST, 7TH FL, WILMINGTON, DE 19801 AT 3:20 PM PERSON ACCEPTING: J E BURNS

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/13/07
*Date*

*Signature of Server*

230 N MARKET ST, WILM DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.