IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife<br>individually and collectively as the next<br>friend and parents of K.I.K., a minor,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-478-***<br>:<br>:<br>:<br>: |

## ANSWER

COMES NOW, the United States of America ("Defendant"), by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Patricia C. Hannigan, Assistant United States Attorney, and in response to each numbered paragraph of the Plaintiffs' Complaint state as follows:

### THE PARTIES

1. Admitted, on information and belief.

2. Admitted.

3. Admitted, on information and belief.

### JURISDICTION AND VENUE

4. The United States admits that Plaintiffs have brought this action pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b); 2671-2680. Plaintiffs' assertion that the Court has jurisdiction is not an averment of fact to which an answer is required, but is a matter of law to be determined by the Court.

5. The United States admits that Plaintiffs presented administrative claims to the United States Air Force pursuant to the FTCA on August 17, 2006, and that the United States Air Force had not taken final administrative action on the claim on the date this lawsuit was filed.

6. Admitted.

7. The allegation contained in paragraph 7 of the Complaint is not an averment of fact to which an answer is required, but an assertion of law, to be determined by the Court.

## COUNT I

8. Admitted.

9. Admitted.

10. Admitted.

11. Denied.

12. Denied.

The final unnumbered paragraph in Count I of the Complaint is not an averment of fact to which an answer is required, but is Plaintiffs' prayer for relief.

## COUNT II

13 Defendant incorporates by reference the responses contained in paragraphs 1 through 12, *supra*, as though fully set forth herein.

14. Admitted.

15. Admitted.

16. Denied.

17. Denied.

The final unnumbered paragraph in Count II of the Complaint is not an averment of fact to which an answer is required, but is Plaintiffs' prayer for relief.

## COUNT III

18. Defendant incorporates by reference the responses contained in paragraphs 1 through 17, *supra*, as though fully set forth herein.

19. Denied.

The final unnumbered paragraph in Count II of the Complaint is not an averment of fact to which an answer is required, but is Plaintiffs' prayer for relief.

## FIRST AFFIRMATIVE DEFENSE

The United States affirmatively pleads and would show that the injuries and damages alleged in the Complaint were not proximately caused or contributed to by a negligent or wrongful act or omission of an employee of the United States.

## SECOND AFFIRMATIVE DEFENSE

In the event the United States is found to have been negligent, which negligence the United States denies, then any damages awarded the plaintiffs must be reduced by the percentage of fault this Court determines to be attributable to anyone other than the United States, including but not limited to any and all right to credit, offset, and/or contribution which the United States may have under applicable Delaware law.

## THIRD AFFIRMATIVE DEFENSE

In the event any damages are awarded to the plaintiffs, the United States is entitled to an offset or credit for any benefits paid or to be paid to the plaintiffs by the United States.

## FOURTH AFFIRMATIVE DEFENSE

The United States affirmatively pleads and would show that in the event the plaintiffs establish any basis for recovery against the United States, the recoverable damages may not exceed the amount claimed administratively.

WHEREFORE, Defendant, United States, respectfully requests that judgment be entered in its favor and against Plaintiffs, together with costs and disbursements and such other and further relief as the Court may deem just and proper.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:    /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE  19801
(302) 573-6277

Dated: October 12, 2007