# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 9, 2007

**<u>VIA ELECTRONIC FILING & HAND DELIVERY</u>**
The Honorable Mary Pat Thynge
U.S. District Court
844 North King Street
Wilmington, DE 19801

     *Re:*   *Krokos v. USA*
            *C.A. No. 07-478*

Dear Judge Thynge:

    Pursuant to the Order of the Court, dated October 15, 2007, and in anticipation of the scheduling conference on Thursday, November 15, 2007, plaintiff is today filing a proposed Scheduling Order (docketed separately). The dates proposed in the Scheduling Order have been agreed upon by counsel to the defendant.

    We are available at the Court's convenience, should your honor have any questions or concerns.

                                          Respectfully,

                                          */s/ Randall E. Robbins*

                                          Randall E. Robbins (# 2059)

RER/jch
185756.1