<b>IN THE UNITED STATES DISTRICT COURT</b>

<b>FOR THE DISTRICT OF DELAWARE</b>

| | |
|---|---|
| CHRISTINA M. KROKOS, JAMES K. KROKOS, husband and wife individually and collectively as the next friend and parents of K.I.K., a minor, : : : : : | |
| Plaintiffs, : | |
| : | |
| v. : | C. A. No. 07-478-*** |
| : | |
| UNITED STATES OF AMERICA, : | |
| : | |
| Defendant. : | |

<b><u>ORDER</u></b>

At Wilmington this **15th** day of **November, 2007**.

IT IS ORDERED that teleconference has been scheduled for **Monday, November 26, 2007 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the scheduling order and consent to Magistrate Judge jurisdiction. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE