

# U.S. Department of Justice

United States Attorney's Office
District of Delaware

---

The Nemours Building  
1007 Orange Street, Suite 700  
P.O. Box 2046  
Wilmington, Delaware 19899-2046

(302) 573-6277 x 156  
FAX (302) 573-6220  
TTY (302) 573-6274  
Toll Free (888) 293-8162  
Patricia.Hannigan@usdoj.gov

January 18, 2008

**VIA CM/ECF**

Honorable Mary Pat Thynge  
Magistrate-Judge  
J. Caleb Boggs Federal Bldg  
844 N. King Street, Room 6100  
Lockbox 8  
Wilmington, DE 19801

Re:   **CHRISTINA M. KROKOS, et al v. UNITED STATES**
      **Civil Action No. 07-478-*** (D.Del.)**

Dear Magistrate Judge Thynge:

It has just come to my attention that the parties' consent to Your Honor's jurisdiction, for some reason, was not filed with the court last November. Mr. Robbins signed it on November 26, 2007 and I signed it on November 28, but for some reason it failed to make its way to the court house. I apologize to the Court and counsel.

Enclosed is a copy of the stipulation for Your Honor's consideration along with the proposed order for Your Honor's signature.

I am, of course, available if Your Honor has questions or comments, and again, I apologize.

Very truly yours,

COLM F. CONNOLLY  
United States Attorney

BY: _____  
Patricia C. Hannigan  
Assistant United States Attorney

PCH:md  
Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife,<br>individually and collectively as the next friend<br>and parents of K.I.K., a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>) C.A. No. 07-478-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JURISDICTION BY
## UNITED STATES MAGISTRATE JUDGE MARY PAT THYNGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily consent to United States Magistrate Judge Mary Pat Thynge conducting any and all further proceedings in the case, including trial, and order the entry of a final judgment, with the exception that the parties do not consent to Judge Thygne acting as a mediator during any ADR proceedings.

11/26/07
Date

Randall E. Robbins
Counsel for Plaintiffs

11/28/07
Date

Patricia Hannigan
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife,<br>individually and collectively as the next friend<br>and parents of K.I.K., a minor,<br><br>  Plaintiffs,<br><br>vi.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 07-478-*** |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge Mary Pat Thynge for all further proceedings and entry of judgment, with the exception of acting as the mediator in any ADR proceedings, in accordance with Title 28, U.S.C. § 636(c) and the consent of the parties.

_____
U.S. District Judge