IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS, <br> JAMES K. KROKOS, husband and wife, <br> individually and collectively as the next friend <br> and parents of K.I.K., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 07-478-*** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT TO JURISDICTION BY
## UNITED STATES MAGISTRATE JUDGE MARY PAT THYNGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily consent to United States Magistrate Judge Mary Pat Thynge conducting any and all further proceedings in the case, including trial, and order the entry of a final judgment, with the exception that the parties do not consent to Judge Thygne acting as a mediator during any ADR proceedings.

11/26/07
Date

Randall E. Robbins
Counsel for Plaintiffs

11/28/07
Date

Patricia Hannigan
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife,<br>individually and collectively as the next friend<br>and parents of K.I.K., a minor,<br><br>    Plaintiffs,<br><br>vi.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)   C.A. No. 07-478-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge Mary Pat Thynge for all further proceedings and entry of judgment, with the exception of acting as the mediator in any ADR proceedings, in accordance with Title 28, U.S.C. § 636(c) and the consent of the parties.

_____  1/24/08
U.S. District Judge