IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife,<br>individually and collectively as the next friend<br>and parents of K.I.K., a minor,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)    C.A. No. 07-478-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on the 29th day of January, 2008, a true and correct copy of **PLAINTIFFS' INITIAL DISCLOSURES** was served upon the below-named counsel of record at the address and in the manner indicated:

Colm F. Connolly                                                      *VIA HAND DELIVERY*
United States Attorney
c/o Patricia C. Hannigan
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

                                              ASHBY & GEDDES

                                              */s/ Randall E. Robbins*
                                              Randall E. Robbins (I.D. No. 2059)
                                              500 Delaware Avenue
                                              8th Floor
                                              P. O. Box 1150
                                              Wilmington, DE 19899
                                              (302) 654-1888

                                              *Attorneys for Plaintiffs*

Dated: January 29, 2008
187699.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2008, a true and correct copy of the within **NOTICE OF SERVICE** was served on the following parties via hand delivery.

Colm F. Connolly
United States Attorney
c/o Patricia C. Hannigan
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

                                            */s/ Randall E. Robbins*
                                            Randall E. Robbins (I.D. No. 2059)