IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife,<br>individually and collectively as the next friend<br>and parents of K.I.K., a minor,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)　C.A. No. 07-478-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on the 8th day of February, 2008, true and correct copies of **PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT** and **PLAINTIFFS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT** were served upon the below-named counsel of record at the address and in the manner indicated:

Colm F. Connolly　　　　　　　　　　　　　　　　　　　　　　　　*VIA HAND DELIVERY*
United States Attorney
c/o Patricia C. Hannigan
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　　　　　ASHBY & GEDDES

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Randall E. Robbins*
　　　　　　　　　　　　　　　　　　　　　　　Randall E. Robbins (I.D. No. 2059)
　　　　　　　　　　　　　　　　　　　　　　　Joseph C. Handlon (I.D. No. 3952)
　　　　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue
　　　　　　　　　　　　　　　　　　　　　　　8th Floor
　　　　　　　　　　　　　　　　　　　　　　　P. O. Box 1150
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　　(302) 654-1888
Dated: February 8, 2008　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2008, a true and correct copy of the within **NOTICE OF SERVICE** was served on the following parties via hand delivery.

Colm F. Connolly
United States Attorney
c/o Patricia C. Hannigan
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

/s/ Randall E. Robbins
Randall E. Robbins (I.D. No. 2059)