## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS, JAMES K. KROKOS, husband and wife individually and collectively as the next friend and parents of K.I.K., a minor,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: C. A. No. 07-478-MPT<br>:<br>:<br>:<br>: |

### ORDER

At Wilmington this **12th** day of **February, 2008**.

IT IS ORDERED that ¶ 11 of the Scheduling Order dated January 22, 2008 is hereby amended as follows:

11.    The time of the pretrial conference scheduled for February 9, 2009 has been changed from 9:00 a.m. to **5:30 p.m.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                           /s/ Mary Pat Thynge
                                           UNITED STATES MAGISTRATE JUDGE