IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife<br>individually and collectively as the next<br>friend and parents of K.I.K., a minor,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 07-478-***<br>:<br>:<br>:<br>: |

**DEFENDANT'S STATEMENT OF INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(A)(1)**

Defendant, John E. Potter, Postmaster General, U.S. Postal Service ("defendant"), by and through his attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, submits the following statement of initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

**A.　Individuals Likely to Have Discoverable Information**

　　1.　Dr. Steven Brumfield

　　　　Dr. Brumfield provided prenatal care to Christina Krokos and managed Christina Krokos' labor and delivery of Kyle Krokos. Dr. Brumfield repaired Christina Krokos' lacerations following delivery of Kyle Krokos and provided equipment follow-up. Dr. Brumfield is no longer on active duty with the United States Air Force.

　　2.　Dr. Albert Thibeaux, Jr.

　　　　Dr. Thibeaux interpreted a fetal ultrasound on May 21, 2004, at Dover AFB.

3.     Dr. (Maj.) Donell Oliver

       Dr. Oliver provided prenatal care to Christina Krokos at Dover AFB and provided postpartum follow-up. Dr. Oliver is no longer on active duty with the United States Air Force

4..    Dr. Phillip A. Shlossman, M.D.
       Christiana Care Health Services
       4755 Ogletown-Stanton Road
       Newark, DE 19718

       Dr. Shlossman evaluated Christina Krokos due to abnormal ultrasound findings.

5.     Lt. Col. Michael T. Bashford
       Keesler Medical Center
       Keesler AFB, Mississippi

       Lt. Col. Bashford reported on the results of prenatal genetic testing Christina Krokos underwent. Lt. Col Bashford remains on active duty.

6.     Beth A. Keena, MS, CGC
       Christiana Care Health Services
       4755 Ogletown-Stanton Road
       Newark, DE 19718

       Ms. Keena provided genetic counseling to Christina Krokos.

7.     James S. Manley, M.D.
       Christiana Care Health Services
       4755 Ogletown-Stanton Road
       Newark, DE 19718

       Dr. Manley provided genetic counseling to Christina Krokos.

8.     Dr. Robert Cates
       Kent General Medical Center
       640 South State Street
       Dover, DE 19901

       Dr. Cates was the OB/GYN who first assessed Christina Krokos when she was presented on September 30, 2004, in labor to Kent General Medical Center.

9. Dr. Deborah J. Tuttle
   Kent General Medical Center
   640 South State Street
   Dover, DE 19901

   Dr. Tuttle was one of the staff pediatricians who rendered care to Kyle Krokos during his neonatal admission at Kent General Medical Center.

10. Dr. Wendy Sturtz
    Kent General Medical Center
    640 South State Street
    Dover, DE 19901

    Dr. Sturtz was one of the staff pediatricians who rendered care to Kyle Krokos during his neonatal admission at Kent General Medical Center.

11. Dr. Ralph S. Milner
    Kent General Medical Center
    640 South State Street
    Dover, DE 19901

    Dr. Milner is the pediatric ophthalmologist who evaluated Kyle Krokos' injured right eye during his neonatal admission at Kent General Medical Center. He also provided outpatient follow-up.

12. Lisa Blake
    Kent General Medical Center
    640 South State Street
    Dover, DE 19901

    Lisa Blake was one of the nursing staff who monitored Christina Krokos at Kent General Medical Center.

13. Cindy Shuba
    Kent General Medical Center
    640 South State Street
    Dover, DE 19901

    Cindy Shuba was one of the PICU/NICU nurses who monitored Kyle Krokos at Kent General Medical Center.

14. Karen Wilkinson
    Kent General Medical Center
    640 South State Street
    Dover, DE 19901

    Karen Wilkinson was one of the PICU/NICU nurses who monitored Kyle Krokos at Kent General Medical Center.

15. Christopher J. Rapuano, M.D.
    Corneal Associates, P.C.
    Willis eye Hospital
    Philadelphia, PA

    Dr. Rapuano evaluated Kyle Krokos' right eye on December 10, 2004, at the Willis Eye Hospital.

16. Lily Arya, M.D.

    Dr. Arya is the pelvic floor surgeon who repaired Christina Krokos' perineal laceration.

These individuals may be reached through the undersigned. Defendant reserves the right to supplement this list with other names and provide information regarding addresses and telephone numbers of individuals already identified as that information becomes available.

15. Christina M. Krokos & James K. Krokos, husband and wife
    Plaintiffs

**B.  Documents, Data Compilations and Tangible Things**

See documents produced herein, Bates Numbered

Defendant reserves the right to supplement its list of document production in the event that additional documents are brought to defendant's attention that may be used to support the claims and/or defenses in this case.

4

C. **A Computation of Damages**

Defendant has no disclosures to make pursuant to Fed. R. Civ. P. 26(a)(1)(C).

D. **Any Insurance Agreement That May Be Used to Satisfy A Judgment Entered in This Action**

Defendant has no disclosures to make pursuant to Fed. R. Civ. P. 26(a)(1)(D)

          COLM F. CONNOLLY
          United States Attorney

By: _____
        Patricia C. Hannigan
        Assistant United States Attorney
        Delaware Bar I.D. No. 2145
        The Nemours Building
        1007 Orange Street, Suite 700
        P. O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277

Dated: February 13, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife<br>individually and collectively as the next<br>friend and parents of K.I.K., a minor,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 07-478-***<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

    I Patricia C. Hannigan, hereby certify that on **February 15, 2008**, copies of the **DEFENDANT'S STATEMENT OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** was served via U.S. First Class Mail at the following address::

**Randall E Robbins**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

                                          COLM F. CONNOLLY
                                          United States Attorney

                                        By:<u>/s/Patricia C. Hannigan</u>
                                              Patricia C. Hannigan
                                              Assistant United States Attorney
                                              Delaware Bar I.D. No. 2145
                                              The Nemours Building
                                              1007 Orange Street, Suite 700
                                              P. O. Box 2046
                                              Wilmington, DE 19899-2046
                                              (302) 573-6277
                                              <u>Patricia.Hannigan@usdoj.gov</u>