IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife<br>individually and collectively as the next<br>friend and parents of K.I.K., a minor,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 07-478-***<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **March 12, 2008**March 12, 2008, copies of the **DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANT UNITED STATES OF AMERICA** was served upon counsel via U.S. First Class Mail at the following address::

**Randall E Robbins**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

                                      COLM F. CONNOLLY
                                      United States Attorney

                       By:    /s/Patricia C. Hannigan
                              Patricia C. Hannigan
                              Assistant United States Attorney
                              Delaware Bar I.D. No. 2045
                              The Nemours Building
                              1007 Orange Street, Suite 700
                              Wilmington, Delaware 19801
                              Patricia.Hannigan@usdoj.gov
                              (302) 573-6277