# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

CHRISTINA M. KROKOS,                                   :
JAMES K. KROKOS, husband and wife             :
individually and collectively as the next          :
friend and parents of K.I.K., a minor,              :
                                                                          :
            Plaintiff,                                       :
                                                                          :
        v.                                                       :     Civil Action No. 07-478-***
                                                                          :
UNITED STATES OF AMERICA,                         :
                                                                          :
            Defendant.                                   :

## NOTICE OF SERVICE

       I Patricia C. Hannigan, hereby certify that on **March 12, 2008**March 12, 2008, copies of the **DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT** was served upon counsel via U.S. First Class Mail at the following address::

**Randall E Robbins**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

                       COLM F. CONNOLLY
                       United States Attorney

       By:    /s/Patricia C. Hannigan
                       Patricia C. Hannigan
                       Assistant United States Attorney
                       Delaware Bar I.D. No. 2045
                       The Nemours Building
                       1007 Orange Street, Suite 700
                       Wilmington, Delaware 19801
                       Patricia.Hannigan@usdoj.gov
                       (302) 573-6277