IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife<br>individually and collectively as the next<br>friend and parents of K.I.K., a minor,<br><br>              Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-478-MPT<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **March 21, 2008**, copies of the **DEFENDANT UNITED STATES OF AMERICA'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS TO PLAINTIFFS** via First Class U.S. Mail, postage prepaid, upon counsel at the following addresses:

**Randall E Robbins, Esquire**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*ATTORNEY FOR PLAINTIFFS*

                      COLM F. CONNOLLY
                      United States Attorney

            By:  /s/Patricia C. Hannigan
                  Patricia C. Hannigan
                  Assistant United States Attorney
                  Delaware Bar I.D. No. 2145
                  The Nemours Building
                  1007 Orange Street, Suite 700
                  P. O. Box 2046
                  Wilmington, DE 19899-2046
                  (302) 573-6277