IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife<br>individually and collectively as the next<br>friend and parents of K.I.K., a minor,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 07-478-MPT |

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **March 21, 2008**, copies of the **DEFENDANT UNITED STATES OF AMERICA'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS** via First Class U.S. Mail, postage prepaid, upon counsel at the following addresses:

**Randall E Robbins, Esquire**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*ATTORNEY FOR PLAINTIFFS*

　　　　　　　　　　　COLM F. CONNOLLY
　　　　　　　　　　　United States Attorney

　　　　　　　By:　/s/Patricia C. Hannigan
　　　　　　　　　　　Patricia C. Hannigan
　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　Delaware Bar I.D. No. 2145
　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　1007 Orange Street, Suite 700
　　　　　　　　　　　P. O. Box 2046
　　　　　　　　　　　Wilmington, DE 19899-2046
　　　　　　　　　　　(302) 573-6277
　　　　　　　　　　　Patricia.Hannigan@usdoj.gov