IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife<br>individually and collectively as the next<br>friend and parents of K.I.K., a minor,<br><br>        Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 07-478-***<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **March 27, 2008**, copies of the **DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT** was served upon counsel via U.S. First Class Mail at the following address:

**Randall E Robbins**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

                              COLM F. CONNOLLY
                              United States Attorney

            By:   /s/Patricia C. Hannigan
                     Patricia C. Hannigan
                     Assistant United States Attorney
                     Delaware Bar I.D. No. 2045
                     The Nemours Building
                     1007 Orange Street, Suite 700
                     Wilmington, Delaware 19801
                     Patricia.Hannigan@usdoj.gov
                     (302) 573-6277