

# U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

| | |
|---|---|
| The Nemours Building | (302) 573-6277 x 156 |
| 1007 Orange Street, Suite 700 | FAX (302) 573-6220 |
| P.O. Box 2046 | TTY (302) 573-6274 |
| Wilmington, Delaware 19899-2046 | Toll Free (888) 293-8162 |
| | Patricia.Hannigan@usdoj.gov |

April 7, 2008

**VIA CM/ECF**

Honorable Mary Pat Thynge
Magistrate Judge
J. Caleb Boggs Federal Building
844 N. King Street,, Room 6100
Lockbox 8
Wilmington, DE 19801

    Re: **CHRISTINA M. KROKOS, et al v. UNITED STATES**
          <u>**Civil Action No. 07-478-MPT (D.Del.)**</u>

Dear Magistrate-Judge Thynge:

    This is the date by which counsel were ordered to submit to the Court "an interim report on the nature of the matters in issue and the progress of discovery to date." See D.I. 13. I have conferred with Randall Robbins, counsel for plaintiffs, and we are in agreement that discovery is progressing appropriately in this medical malpractice case under the Federal Tort Claims Act. The parties have exchanged some written discovery and other discovery requests are pending. In addition, counsel are conferring regarding scheduling depositions of fact witnesses.

    Accordingly, we are in agreement that the status conference scheduled for April 14, 2008 will not be necessary. Thus, we ask that the Court take that matter off the Court's calendar.

    Counsel are, of course, available if Your Honor has questions or comments. We appreciate your consideration.

                                        Respectfully,

                                        COLM F. CONNOLLY
                                        United States Attorney

                              BY: _____
                                        Patricia C. Hannigan
                                        Assistant United States Attorney

PCH:md

cc:    Randall Robins, Esquire Via CM/ECF
        Eric S. Israel, Medical Law Attorney/USAF Via E-Mail