IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS, JAMES K. KROKOS, husband and wife individually and collectively as the next friend and parents of K.I.K., a minor,<br><br>                    Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   C. A. No. 07-478-MPT<br>:<br>:<br>:<br>: |

## **ORDER**

At Wilmington this **8th** day of **April, 2008**.

IT IS ORDERED that status teleconference scheduled for Monday, April 14, 2008 at 8:30 a.m. with Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


                                               /s/ Mary Pat Thynge<br>
                                             UNITED STATES MAGISTRATE JUDGE