IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife,<br>individually and collectively as the next friend<br>and parents of K.I.K., a minor,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)   C.A. No. 07-478-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on the 21st day of April, 2008, true and correct copies of **PLAINTIFFS' ANSWERS TO DEFENDANT UNITED STATES OF AMERICA'S FIRST SET OF INTERROGATORIES and PLAINTIFFS' RESPONSES TO DEFENDANT UNITED STATES OF AMERICA'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS** were served upon the below-named counsel of record at the address and in the manner indicated:

Colm F. Connolly  
United States Attorney  
c/o Patricia C. Hannigan  
Assistant U.S. Attorney  
The Nemours Building  
1007 Orange Street, Suite 700  
Wilmington, DE 19801

*VIA HAND DELIVERY*

ASHBY & GEDDES

/s/ *Randall E. Robbins*
Randall E. Robbins (I.D. No. 2059)
Joseph C. Handlon (I.D. No. 3952)
500 Delaware Avenue
8th Floor
P. O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Plaintiffs*

Dated:  April 21, 2008