IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife<br>individually and collectively as the next<br>friend and parents of K.I.K., a minor,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Civil Action No. 07-478-MPT |

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **April 22, 2008**, copies of the **NOTICE OF DEPOSITION of Christina M. Krokos and James K. Krokos,** was served via U.S. First Class Mail at the following address::

**Randall E Robbins**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

                                      COLM F. CONNOLLY
                                      United States Attorney

                           By:/s/Patricia C. Hannigan
                              Patricia C. Hannigan
                              Assistant United States Attorney
                              Delaware Bar I.D. No. 2145
                              The Nemours Building
                              1007 Orange Street, Suite 700
                              P. O. Box 2046
                              Wilmington, DE 19899-2046
                              (302) 573-6277
                              Patricia.Hannigan@usdoj.gov