IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife,<br>individually and collectively as the next friend<br>and parents of K.I.K., a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)   C.A. No. 07-478-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

TO:   Colm F. Connolly
United States Attorney
c/o Patricia C. Hannigan
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

PLEASE TAKE NOTICE that, by prior agreement of the parties, the undersigned attorneys will take the oral deposition of **JAMIE KING, MSN, BSN**, at the law offices of Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, DE 19903 beginning at 10:00 a.m. on Wednesday, July 9, 2008, and continuing until completed.

You are invited to attend and cross-examine.

{00213409;v1}

                    ASHBY & GEDDES

                    */s/ Randall E. Robbins*
                    Randall E. Robbins (I.D. No. 2059)
                    500 Delaware Avenue
                    8th Floor
                    P.O. Box 1150
                    Wilmington, DE 19899
                    (302) 654-1888

                    *Attorneys for Plaintiffs*

Dated: May 1, 2008

cc:    Wilcox & Fetzer