IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife,<br>individually and collectively as the next friend<br>and parents of K.I.K., a minor, | )<br>)<br>)<br>) | C.A. No. 07-478-MPT |
| Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | |
| UNITED STATES OF AMERICA, | )<br>)<br>) | |
| Defendant. | ) | |

NOTICE OF DEPOSITION
*DUCES TECUM*[1] AND *AD TESTIFICANDUM*

TO:  Colm F. Connolly
 United States Attorney
 c/o Patricia C. Hannigan
 Assistant U.S. Attorney
 The Nemours Building
 1007 Orange Street, Suite 700
 Wilmington, DE 19801

PLEASE TAKE NOTICE that, by prior agreement of the parties, the undersigned attorneys will take the oral deposition of **STEVEN BRUMFIELD, M.D.**, at the United States Attorney's Office, 300 Virginia Street, East, Suite 4000, Charleston, WV 25301 beginning at 9:30 a.m. on Friday, July 18, 2008, and continuing until completed.

---

[1] Deponent is requested to bring with him/her to the deposition his/her entire file on this matter, including but not limited to, the originals and all copies of: (1) all documents, reports, notes and/or written materials of any nature prepared by the witness or by any person at the witness' direction in connection with his/her work on the matter which is the subject of this litigation and the witness' involvement in it; (2) all correspondence, reports, records, notes, and any other materials in writing, and all films of any nature, reviewed by the witness; (3) the original patient records if in your possession, custody or control; (4) all studies, medical literature, texts, authorities, medical policies and procedures and/or any secondary sources consulted, considered and/or reviewed; (5) all other documents relied upon in formulating any opinions; (6) any and all documents, models or tangible things which the deponent intends to use in connection with any testimony in this case; and (7) the original patient records if in the witness' possession, custody or control.

You are invited to attend and cross-examine.

                      ASHBY & GEDDES

                      */s/ Randall E. Robbins*
                      Randall E. Robbins (I.D. No. 2059)
                      500 Delaware Avenue
                      8th Floor
                      P.O. Box 1150
                      Wilmington, DE 19899
                      (302) 654-1888

                      *Attorneys for Plaintiffs*

Dated: May 14, 2008

{00216404;v1}          2