IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS, <br> JAMES K. KROKOS, husband and wife, <br> individually and collectively as the next friend <br> and parents of K.I.K., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 07-478-MPT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

TO: Colm F. Connolly
United States Attorney
c/o Patricia C. Hannigan
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

PLEASE TAKE NOTICE that, Plaintiffs, by and through the undersigned attorneys will take the oral depositions of **WENDY RUIZ, RN** and **CHRISTINE LONG, RN** at a location and time that is mutually convenient for all parties.

The testimony shall be recorded by stenographic and/or videographic means and shall continue from day to day until completed.

{00219559;v1}

ASHBY & GEDDES

/s/ Randall E. Robbins
Randall E. Robbins (I.D. No. 2059)
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs*

Dated: May 27, 2008

cc:   Mason E. Turner, Esquire