IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINA M. KROKOS,
JAMES K. KROKOS, husband and wife
individually and collectively as the next
friend and parents of K.I.K., a minor,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

: Civil Action No. 07-478-MPT

## NOTICE OF DEPOSITION

TO: **Randall E Robbins**
   Ashby & Geddes
   500 Delaware Avenue, 8th Floor
   P.O. Box 1150
   Wilmington, DE 19899
   (302) 654-1888

   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the undersigned will take the oral deposition of **Ralph S. Milner, M.D.**, on **Tuesday, July 8, 2008 at 7:00 p.m.**, at the office of the Dr. Milner, located at 1941 Limestone Road, Suite 120, Wilmington, Delaware. The deposition will be recorded by stenographic means.

COLM F. CONNOLLY
United States Attorney

By: _____
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

Dated: June 12, 2008
cc:   Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife<br>individually and collectively as the next<br>friend and parents of K.I.K., a minor,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 07-478-MPT<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **June 12, 2008**, copies of the **NOTICE OF DEPOSITION of Ralph S. Milner, M.D.,** was served via U.S. First Class Mail at the following address:

**Randall E Robbins**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

                                            COLM F. CONNOLLY
                                            United States Attorney

                                  By:/s/Patricia C. Hannigan
                                       Patricia C. Hannigan
                                       Assistant United States Attorney
                                       Delaware Bar I.D. No. 2145
                                       The Nemours Building
                                       1007 Orange Street, Suite 700
                                       P. O. Box 2046
                                       Wilmington, DE 19899-2046
                                       (302) 573-6277
                                       Patricia.Hannigan@usdoj.gov