IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS, )<br>JAMES K. KROKOS, husband and wife, )<br>individually and collectively as the next friend )<br>and parents of K.I.K., a minor, ) | C.A. No. 07-478-MPT |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

I hereby certify that on the 1st day of August, 2008, a true and correct copy of **PLAINTIFFS' EXPERT DISCOVERY RESPONSE** was served upon the below-named counsel of record at the address and in the manner indicated:

Colm F. Connolly                                                                              *VIA HAND DELIVERY*
United States Attorney
c/o Patricia C. Hannigan
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

ASHBY & GEDDES

*/s/ Randall E. Robbins*
Randall E. Robbins (I.D. No. 2059)
Joseph C. Handlon (I.D. No. 3952)
500 Delaware Avenue
8th Floor
P. O. Box 1150
Wilmington, DE  19899
(302) 654-1888


*Attorneys for Plaintiffs*

Dated: August 4, 2008