IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife,<br>individually and collectively as the next friend<br>and parents of K.I.K., a minor, | )<br>)<br>)<br>) | |
| | ) | C.A. No. 07-478-MPT |
| Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | |
| UNITED STATES OF AMERICA, | )<br>)<br>) | |
| Defendant. | ) | |

## RE-NOTICE OF DEPOSITION

TO:  Colm F. Connolly
     United States Attorney
     c/o Patricia C. Hannigan
     Assistant U.S. Attorney
     The Nemours Building
     1007 Orange Street, Suite 700
     Wilmington, DE 19801

PLEASE TAKE NOTICE that, Plaintiffs, by and through the undersigned attorneys will take the oral deposition of **WENDY RUIZ, R.N.** at Kent General Hospital, 640 South State Street, Dover, DE 19901 beginning at 1:00 p.m. on Thursday, August 21, 2008 and continuing until completed.

You are invited to attend and cross-examine.

{00235123;v1}

ASHBY & GEDDES

*/s/ Randall E. Robbins*
Randall E. Robbins (I.D. No. 2059)
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs*

Dated: August 13, 2008

cc:     Mason E. Turner, Esquire
        Wilcox & Fetzer