IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife,<br>individually and collectively as the next friend<br>and parents of K.I.K., a minor,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | )<br>)<br>)<br>) C.A. No. 07-478-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RE-NOTICE OF DEPOSITION

TO: Colm F. Connolly
   United States Attorney
   c/o Patricia C. Hannigan
   Assistant U.S. Attorney
   The Nemours Building
   1007 Orange Street, Suite 700
   Wilmington, DE 19801

  PLEASE TAKE NOTICE that, Plaintiffs, by and through the undersigned attorneys will take the oral deposition of **CHRISTINE LONG, R.N.** at Kent General Hospital, 640 South State Street, Dover, DE 19901 beginning at 2:00 p.m. on Thursday, August 21, 2008 and continuing until completed.

  You are invited to attend and cross-examine.

{00235147;v1}

ASHBY & GEDDES

/s/ *Randall E. Robbins*
Randall E. Robbins (I.D. No. 2059)
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs*

Dated: August 13, 2008

cc: Mason E. Turner, Esquire
    Wilcox & Fetzer