IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife<br>individually and collectively as the next<br>friend and parents of K.I.K., a minor,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-478-MPT<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF DEPOSITION

TO:    **Randall E Robbins**
         Ashby & Geddes
         500 Delaware Avenue, 8th Floor
         P.O. Box 1150
         Wilmington, DE 19899
         (302) 654-1888

      PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the undersigned will take the oral deposition of **Dr. Lilly Arya**, on **Tuesday, Friday, September 19, 2008 at 10:00 a.m.**, at the office of Dr. Arya, located at 3400 Spruce Street, Penn Tower Building, Floor #5, Department of OB/GYN, Division of Pelvic Floor Reconstruction, Philadelphia, PA. 19104.. The deposition will be recorded by stenographic means.

      You are invited to attend and cross-examine.

COLM F. CONNOLLY
United States Attorney

By: /s/ P. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

Dated: August 27, 2008

cc: Wilcox & Fetzer
    Lilly Arya, M.D. w/Subpoena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA M. KROKOS,<br>JAMES K. KROKOS, husband and wife<br>individually and collectively as the next<br>friend and parents of K.I.K., a minor,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-478-MPT<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

  I Patricia C. Hannigan, hereby certify that on **August 27, 2008**, copies of the **NOTICE OF DEPOSITION of Lilly Arya, M.D.,** was served via U.S. First Class Mail at the following address:

**Randall E Robbins**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

               COLM F. CONNOLLY
               United States Attorney

             By:/s/Patricia C. Hannigan
               Patricia C. Hannigan
               Assistant United States Attorney
               Delaware Bar I.D. No. 2145
               The Nemours Building
               1007 Orange Street, Suite 700
               P. O. Box 2046
               Wilmington, DE 19899-2046
               (302) 573-6277
               Patricia.Hannigan@usdoj.gov

≈AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF   DELAWARE

CHRISTINA M. KROKOS, et al.,

V.

UNITED STATES OF AMERICA

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07-478-UNA

TO: Dr. Arya
3400 Spruce Street
Penn Tower Building, Floor #5
- Department of OB/GYN, Division of Pelvic Floor Reconstruction
Philadelphia, PA 19104

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION 3400 Spruce Street, Penn Tower Building<br>Floor #5 - Department of OB/GYN, Division of Pelvic Floor Reconstruction<br>Philadelphia, PA 19104 | DATE AND TIME<br>September 19, 2008 - 10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Patricia C. Hannigan, Assistant United States Attorney *(signed)* | DATE<br>8/27/08 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>The Nemours Building, 1007 Orange Street, Suite 700<br>P. O. Box 2046, Wilmington, Delaware 19899-2046 |  |

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.